UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
FEB 1 8 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **4:15CR0080 RLW/DDN** |
| DONTATE SLACK, a/k/a | ) |
| DONATATE SLACK, | ) |
| | |
| Defendants. | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about, January 23, 2015, in the City of St. Louis, within the Eastern District of Missouri,

**DONTATE SLACK,**

the Defendant herein, while under indictment in Cause No. 14SL-768-01, State of Missouri v. Donatate Slack, for Burglary Second Degree and felony Stealing, crimes punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly receive a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(n).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney